UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN PROCTOR,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN NAJERA, *et al.*,<br><br>   Respondents. | Case No. 2:22-cv-00684-MMD-EJY<br><br>ORDER |

The Court recently directed *pro se* 28 U.S.C. § 2254 habeas corpus Petitioner Robin Proctor to file her opposition to Respondents' motion to dismiss, if any, within 30 days. (ECF No. 25.) Proctor filed a response to that order that seems to address the motion to dismiss. (ECF No. 26.) In that response, Proctor also mentions that she "would love to have the 120-day extension." (*Id*. at 1.) The Court will give Proctor an extension, but not such a lengthy one.[1] Proctor has an additional 30 days from the date of this order to file an opposition, or supplemental opposition, to the motion to dismiss. Absent extraordinary circumstances, the Court is unlikely to grant any further extensions.

It is therefore ordered that Proctor has *30 days* from the date of this order to file an opposition to the motion to dismiss, if any. Respondents may then file a reply in accordance with the local rules' normal briefing schedule.

DATED THIS 21st Day of June 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Proctor is advised that if she seeks future extensions of time or other relief by the Court, she must clearly title her filing as a motion.