UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBIN PROCTOR,<br><br>    Petitioner,<br>v.<br><br>WARDEN NAJERA, *et al.*,<br><br>    Respondents. | Case No. 2:22-cv-00684-MMD-EJY<br><br>ORDER |

In her *pro se* 28 U.S.C. § 2254 habeas corpus petition, Robin Proctor challenges her Clark County, Nevada conviction under a guilty plea of murder with use of a deadly weapon. (ECF No. 5.) Respondents have moved to dismiss the petition as untimely and containing claims that are unexhausted, procedurally defaulted, and noncognizable. (ECF No. 16.) The Court has granted Proctor lengthy extensions to oppose the motion to dismiss. (ECF Nos. 25, 28.) Proctor then filed three separate responses to the motion to dismiss. (ECF Nos. 26, 27, 29.) Respondents replied in support of their motion. (ECF No. 31.) Proctor then filed a sur-reply. (ECF No. 33.) Proctor has also filed a motion for medical records, a motion to subpoena mental health records, and another motion for extension of time. (ECF Nos. 30, 32, 34.) In the two motions for medical records, Proctor simply asks for the release of all of her medical and mental health records, with no explanation or elaboration whatsoever. These vague, unsupported motions are denied. Further, Proctor has had—and taken advantage of—ample opportunity to respond to Respondents' motion to dismiss. The Court therefore denies her most recent motion for extension of time. The motion to dismiss stands briefed and ready for disposition by the Court in the ordinary course.

It is therefore ordered that Petitioner's motion for medical records to be released (ECF No. 30), motion for enlargement of time to research case (ECF No. 32), and motion to subpoena mental health records (ECF No. 34) are denied.

DATED THIS 30th Day of August 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE