UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBIN PROCTOR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN NAJERA, *et al.*,<br><br>Respondents. | Case No. 2:22-cv-00684-MMD-EJY<br><br>ORDER |

In her *pro se* 28 U.S.C. § 2254 habeas corpus petition Robin Proctor challenged her Clark County, Nevada conviction pursuant to a guilty plea of murder with use of a deadly weapon. (ECF No. 5.) In September 2023, the Court granted Respondents' motion to dismiss, dismissed the petition as untimely, and declined to issue a certificate of appealability. (ECF No. 37.) Judgment was entered. (ECF No. 38.) Proctor then filed a motion to change venue. (ECF No. 39.) Subsequently, she filed a motion to voluntarily dismiss the case. (ECF No. 41.) As the case is already closed, the Court denies both motions as moot.

It is therefore ordered that Petitioner's motion to change venue (ECF No. 39) and motion to dismiss case (ECF No. 41) are both denied as moot.

DATED THIS 15th Day of April 2024.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE